UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:		ANGELA DENISE WHITE		CHAPTER 13
						CASE NO.  11-60956

**ORDER WITHDRAWING MOTION TO AVOID LIEN**

Comes now the Debtor, by Counsel, upon the Motion to Avoid Lien filed on or about October 26, 2011, and upon the debtor's request to withdraw the same, it is hereby

**O R D E R E D**

That the Motion to Avoid Lien filed on or about October 26, 2011 is withdrawn without prejudice.

The Counsel for the debtor is directed to forward copies of this Order as entered to Rebecca Connelly, Chapter 13 Trustee, P.O. Box 1001, Roanoke, VA 24005 and FIA Card Services, N.A., CR Evergreen II, LLC.

Entered:	December 12, 2011

_____
U.S. Bankruptcy Judge

I ask for this:

__/s/ David Cox_____
David Cox
Cox Law Group
900 Lakeside Drive
Lynchburg, VA  24501
(434) 845-2600